|                                              |        |                  |                             |
|----------------------------------------------|--------|------------------|-----------------------------|
|                                              | AUSA:  | Susan Fairchild  | Telephone: (313) 226-9577   |
| AO 91 (Rev. 11/11) Criminal Complaint        | Agent: | BPA Brian Cox    | Telephone: (313) 688-7793   |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Uriel BARRON-MANRIQUE

Case No.  Case: 2:25–mj–30642
Assigned To : Unassigned
Assign. Date : 10/15/2025
Description: CMP USA V.
BARRON–MANRIQUE (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 7, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(2) | Unlawful Re-entry after Removal from the United States, Prior Aggravated Felony Conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Cox, BPA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 15, 2025__

City and state: __Detroit, MI__

_____
Judge's signature

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Brian Cox, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since August 2010. Currently, I am assigned to the Detroit Sector Targeting Unit (TU). The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Uriel BARRON-MANRIQUE, which reveals the following.

2. BARRON-MANRIQUE is a thirty-nine-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about July 25, 2003, BARRON-MANRIQUE was convicted in the State of Michigan, 36th Circuit Court, for the offense of Possession of a Controlled Substance to wit: Cocaine - Felony, in violation of Michigan Compiled Laws, Section 333.7403A5. A sentence of 60 days' imprisonment was imposed for this conviction.

4. On or about August 15, 2005, BARRON-MANRIQUE was administratively deported / removed and charged with 8 USC 1182 Alien present without admission or parole and 8 USC 1227 Aggravated Felony by ICE/ERO Detroit. BARRON-MANRIQUE was removed from the United States to Mexico on August 30, 2005, near the Brownsville, TX POE.

5. On or about August 29, 2010, BARRON-MANRIQUE was arrested by FBI Detroit for Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). On May 8, 2013, BARRON-MANRIQUE was convicted in the United States District Court, Eastern District of Michigan, for the offense and was sentenced to 48 months' imprisonment.

6. On or about October 18, 2013, BARRON-MANRIQUE was encountered by Cleveland CAP (Criminal Alien Program) Officers at the North East Ohio

Correctional Center while serving his sentence for the drug trafficking conviction. BARRON-MANRIQUE was served a Notice to Appear- and a detainer was given to the North East Ohio Correctional Center. On or about March 14, 2014, BARRON-MANRIQUE was picked up on his detainer and taken into custody by ICE/ERO CLEVELAND. On March 27, 2014, a Final Order of Removal was issued by an Immigration Judge. BARRON-MANRIQUE was removed from the United States to Mexico on April 3, 2014, near Brownsville, TX POE.

7. On or about October 28, 2019, Gibraltar Station Border Patrol Agents apprehended BARRON-MANRIQUE while he was driving away from his residence on Campbell Street in Detroit, MI. BARRON-MANRIQUE was processed as a reinstatement of prior Order of Removal and served with an I-871 Notice of Intent/Decision to Reinstate a Prior Order. BARRON-MANRIQUE was removed from the United States to Mexico on November 12, 2019, near Brownsville, TX.

8. On or about January 21, 2025, through document analysis performed by Detroit Sector Targeting Unit (DTM TU) it was determined that BARRON-MANRIQUE may be living in the Detroit, Michigan area. Law enforcement databases and open source analysis revealed through photos on social media and information obtained through interviews, indicated BARRON-MANRIQUE is likely present in the United States, without legal authority.

9. On or about October 7, 2025, Affiant observed BARRON-MANRIQUE exit the residence of 15XX Junction St. in Detroit, MI. Affiant was able to clearly and positively identify BARRON-MANRIQUE from his surveillance location. Affiant compared the male seen exiting the 15XX Junction address to past arrest photos of BARRON-MANRIQUE, which resulted in a positive identification. A vehicle registered to BARRON-MANRIQUE'S brother has been seen at the location on multiple occasions and BARRON-MANRIQUE has been seen getting items from the vehicle. BARRON-MANRIQUE was observed answering the door and talking to unknown occupants on the porch.

10. Based upon my training and experience, I know that oftentimes individuals who have previously been deported or removed, will return to the address and areas they were previously living to reside with family members, associates and known individuals. Furthermore, they will often return to these addresses to assist in obtaining their previous place or places of

employment.

11. Review of the Alien File (A# xxx xxx 791) for Uriel BARRON-MANRIQUE and queries in Department of Homeland Security databases confirm no record exists of BARRON-MANRIQUE obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on November 12, 2019.

12. Based on the above information, I believe there is probable cause to conclude that, on or about October 7, 2025, in the Eastern District of Michigan, Southern Division, Uriel BARRON-MANRIQUE, an alien from Mexico, who had previously been convicted of an aggravated felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about November 12, 2019, at or near Brownsville, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(2).

Brian Cox, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

October 15, 2025